| | | |
|---|---|---|
| STATE OF NEW YORK | COUNTY OF | INDEX # : 08 CIV/5666 |
| UNITED STATES DISTRICT COURT | | Date Filed: June 24, 2008 |
| DISTRICT: SOUTHERN DISTRICT OF NEW YORK | | |

ATTORNEY(S): :   PH:
ADDRESS:   File No.: 34411

*Trustees of the Bricklayers and Allied Craftworkers, Local 5 New York Retirement Welfare... et al*

Plaintiff(s)/Petitioner(s)

vs

*Graniteworks, Inc. and Elaine Mangione individually et al*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:   **AFFIDAVIT OF SERVICE**

_____Kevin Miller_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On   July 18, 2008   at   1:45pm  ,
at   415 Brook Avenue , Deer Park, NY 11729  , deponent served the within Summons in a Civil Case, Complaint USDC/DY Inst. for Electronic Case or Appeal USDC/SDNY Prodecures for Electronic Case Filing and Guidelines for Electronic Case Filing
on:   **Elaine Mangione**  ,   Defendant   therein named.

#1 INDIVIDUAL  [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION  [ ]  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON  [X]  By delivering a true copy of each to   Mr. Mangione   a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
Address confirmed by ____

#5 MAIL COPY  [X]  On   July 18, 2008  , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION  [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex:  Male    Color of skin:  White    Color of hair:  Gray    Age:  51 - 65 Yrs.    Height:  5' 9" - 6' 0"
Weight:  Over 200 Lbs.    Other Features: ____

#7 WIT. FEES  [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC  [X]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER  [ ]

Sworn to before me on   July 21, 2008

PATRICIA ROTHFRITZ
NOTARY PUBLIC, State of New York
01R06055503, Nassau County
Term Expires February 26, 2011

Kevin Miller
Server's Lic # N/A
Invoice•Work Order # 0809093

**SUPERIOR PROCESS**