Index # 08 civ. 5666
Purchased/Filed: June 24, 2008

## AFFIDAVIT OF SERVICE ON N.Y.S. SUPERINTENDENT OF INSURANCE

STATE OF NEW YORK     U. S. DISTRICT COURT     SOUTHERN DIST. COUNTY

Trustees of the Bricklayers and Allied Craftworkers, Local 5 New York Retirement etal.,     Plaintiff

vs

Graniteworks, Inc, etal.     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY

Christopher Warner being duly sworn, deposes and says that deponent is over the age of 18 years. That on the 8th day of July, 2008 at 1 Commerce Plaza, 20th Floor, in the City of Albany, State of New York, deponent served the Summons and Complaint in the above action upon The Insurance Company of Pennsylvania the defendant named therein, by delivering to and leaving with Patrick Harrigan, authorized to accept on behalf of the Insurance Department of the State of New York. Deponent further says that at the time of making such service deponent paid to the Insurance Department the sum of $ 40.00, that being the lawful fee for such service.

Deponent further says, that deponent knew the person so served to be an Attorney for Superintendent of Insurance and a person authorized by law to accept service on behalf of the defendant.

Description of person served:

Approx. Age: 50yrs    Weight: 170 Lbs    Height: 5'10    Sex: Male    Color of skin: White

Hair color: Red    Other:

Sworn to before me on this

9th day of July, 2008

*[signature]*        *[signature]*
NANCY L. GORDON        Christopher Warner
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Invoice·Work Order # 0812723

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207