UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Bricklayers and Allied Craftworkers, Local 5 New York Retirement, Welfare, Labor Management Coalition and Apprentice Training and Journeymen Upgrading Funds and Bricklayers and Allied Craftworkers Local 5 New York,

    Plaintiffs

- vs -

Graniteworks, Inc. and Elaine Mangione, individually,

    Defendants.

---

RULE 7.1 STATEMENT

Index No. 08-cv-5666

 

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable to Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that the aforementioned corporation Graniteworks, Inc. is a private non-governmental party and that it is not a publicly held corporation nor is it an affiliate or a subsidiary of a publicly held corporation.

Dated: Commack, New York
       August 6, 2008

                              THE ZISKIN LAW FIRM, LLP

               By: _____
                              Richard B. Ziskin (RBZ-7378)
                              Attorneys for Defendants
                              Graniteworks, Inc. and
                              Elaine Mangione
                              Office and P.O. Address:
                              6268 Jericho Turnpike, Suite 12A
                              Commack, New York 11725
                              (631) 462-1417