## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
COUNTY OF SUFFOLK)

I, Richard B. Ziskin, an attorney admitted to practice in the courts of the State of New York and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under the penalties of perjury, that true and correct copies of Defendants' Answer and Affirmative Defenses are served by mailing same in a sealed envelope, with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addresses as indicated below:

Stephen E. Ehlers, Esq.
Gellert & Klein, P.C.
78 Washington Street
Poughkeepsie, New York 12601-2303

Dated: Commack, New York
       August 6, 2008

_____
RICHARD B. ZISKIN (RBZ-7378)