UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Trustees of the Bricklayers and Allied
Craftworkers, Local 5 New York Retirement, Welfare,
Labor Management Coalition and Apprentice Training
and Journeymen Upgrading Funds and Bricklayers and         RULE 7.1
Allied Craftworkers Local 5 New York,                      STATEMENT

                                              Plaintiffs
-against-

Graniteworks, Inc. and Elaine Mangione,                    Index No.
Individually, and                                          08-CV-5666

The Insurance Company of the State of
Pennsylvania(as surety for CCA Civil Inc./
Halmar International, LLC J/V), and

Fidelity and Deposit Company of Maryland
(as surety for CCA Civil Inc./
Halmar International, LLC J/V),
                                            Defendants.
-------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable to Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that (1) The Insurance Company of the State of Pennsylvania is a non-governmental party and that it is a subsidiary of American International Group which is a publicly held corporation; and (2) Fidelity and Deposit Company of Maryland is a non-governmental party and that it is a subsidiary of Zurich North America which is a publicly held corporation.

Dated: Commack, New York
         August 19, 2008

                                                THE ZISKIN LAW FIRM, LLP

                           By:    _____
                                             Richard B. Ziskin (RBZ-7378)
                                             Attorneys for Defendants'
                                             Insurance Company of the State of Pennsylvania
                                             & Fidelity and Deposit Company of Maryland
                                             Office and P.O. Address:
                                             6268 Jericho Turnpike, Suite 12A
                                             Commack, New York 11725
                                             (631) 462-1417